AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

12 Percent Logistics, Inc.; Small Business in Transportation Coalition, on behalf of its members

*Plaintiff(s)*

v.

Unified Carrier Registration Plan Board, d/b/a Unified Carrier Registration Board; Indiana Department of Revenue; and Adam J. Krupp, in his official capacity as Commissioner of Indiana Department of Revenue;

*Defendant(s)*

Civil Action No. 17-cv-02000-APM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Indiana Department of Revenue
Adam J. Krupp, Commissioner
M.S. 101
100 N. Senate Ave., Room N248
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James Bopp, Jr.
The Bopp Law Firm, PC
1 South Sixth Street
Terre Haute, IN 47807-3510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/28/2017

/s/ Simone Bledsoe
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| 12 Percent Logistics, Inc.; Small Business in Transportation Coalition, on behalf of its members<br><br>*Plaintiff(s)*<br><br>v.<br><br>Unified Carrier Registration Plan Board, d/b/a Unified Carrier Registration Board; Indiana Department of Revenue; and Adam J. Krupp, in his official capacity as Commissioner of Indiana Department of Revenue;<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 17-cv-02000-APM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  UNIFIED CARRIER REGISTRATION PLAN BOARD
c/o Avelino Gutierrez
Chairman, Unified Carrier Registration Plan Board
Staff Counsel/Legal Division
1120 Paseo De Peralta, Room 536
Santa Fe, NM 87501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James Bopp, Jr.
The Bopp Law Firm, PC
1 South Sixth Street
Terre Haute, IN 47807-3510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/28/2017                                             /s/ Simone Bledsoe
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

12 Percent Logistics, Inc.; Small Business in
Transportation Coalition, on behalf of its members

*Plaintiff(s)*

v.

Unified Carrier Registration Plan Board, d/b/a Unified
Carrier Registration Board; Indiana Department of
Revenue; and Adam J. Krupp, in his official capacity
as Commissioner of Indiana Department of Revenue;

*Defendant(s)*

Civil Action No. 17-cv-02000-APM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adam J. Krupp, Commissioner
Indiana Department of Revenue
M.S. 101
100 N. Senate Ave., Room N248
Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James Bopp, Jr.
The Bopp Law Firm, PC
1 South Sixth Street
Terre Haute, IN 47807-3510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/28/2017

/s/ Simone Bledsoe

*Signature of Clerk or Deputy Clerk*